|                                 | *  |                         |
| ------------------------------- | -- | ----------------------- |
|                                 | *  | IN THE                  |
| ATTORNEY GRIEVANCE              | *  |                         |
| COMMISSION OF MARYLAND          |    | SUPREME COURT           |
|                                 | *  |                         |
|                                 |    | OF MARYLAND             |
| v.                              | *  |                         |
|                                 |    | AG Docket No. 43        |
| ROBERT STEVEN POPE              | *  |                         |
|                                 |    | September Term, 2022    |
|                                 | *  |                         |

**O R D E R**

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Robert Steven Pope, it is this 23rd day of February 2023, by the Supreme Court of Maryland,

ORDERED that, effective immediately, the Respondent, Robert Steven Pope, is disbarred from the practice of law in the State of Maryland for violation of Rules 1.15(a) and (b), 8.1(a) and (b), and (c) of the Virginia Rules of Professional Conduct; and it is further

ORDERED that the Clerk of this Court shall strike the name of Robert Steven Pope from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

ORDERED that the Order issued on January 10, 2023, directing the parties to show cause why corresponding discipline should not be imposed on the Respondent, is satisfied.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk